UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH IVAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>vs.<br><br>BLUE APRON HOLDINGS, INC., MATTHEW B. SALZBERG, ILIA M. PAPAS, MATTHEW J. WADIAK, JARED CLUFF, PABLO CUSSATTI, BENJAMIN C. SINGER, JULIE M.B. BRADLEY, TRACY BRITT COOL, KENNETH A. FOX, ROBERT P. GOODMAN, GARY R. HIRSHBERG, BRIAN P. KELLEY, BRADLEY J. DICKERSON, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., RBC CAPITAL MARKETS, LLC, SUNTRUST ROBINSON HUMPHREY, INC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, CANACCORD GENUITY INC, NEEDHAM & COMPANY, LLC, OPPENHEIMER & CO. INC., RAYMOND JAMES & ASSOCIATES, INC., AND WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>                           Defendants. | Case No. 1:17-cv-05021 (ERK) (VMS)<br><br>CLASS ACTION |

## JOINT STIPULATION AND MOTION OF ALL PARTIES REGARDING SERVICE, SCHEDULING AND PLEADING

All parties, by and through their attorneys, hereby stipulate, subject to Court approval, as follows:

**WHEREAS**, on August 25, 2017, Joseph Ivan, individually and on behalf of all others similarly situated ("Plaintiff"), filed a class action complaint captioned *Ivan v. Blue Apron Holdings, Inc. et al.* (the "Complaint");

ActiveUS 164732404

WHEREAS, this putative class action asserts federal securities claims arising under the Securities Act of 1933, and therefore is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. §77z-1 *et seq.*;

WHEREAS, the PSLRA provides for consolidation of any related actions and then the appointment of a lead plaintiff and lead counsel, after a 60-day notice period expires following the publication of notice of the filing of an initial securities class action. *See* 15 U.S.C. §77z-1(a)(3);

WHEREAS, lead plaintiff and lead counsel will not be appointed until weeks following the completion of briefing on any lead plaintiff motions, and accordingly it is unclear at this time who will ultimately have the authority to act on behalf of the putative class, and whether the court-appointed lead plaintiff will file a consolidated or amended complaint, or stand on the existing complaint filed herein; and

WHEREAS, no Party has previously requested or received time for an extension to answer or otherwise plead to the complaint in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that:

1. Defendants are not required to respond to Plaintiff's' initial Complaint;

2. Upon appointment, the lead plaintiff shall have sixty (60) days to file a consolidated or amended complaint or to deem the initial Complaint filed herein or in another similar action the operative complaint;

3. Defendants shall answer, move against, or otherwise respond to the operative complaint within sixty (60) days after service;

4. Lead plaintiff shall have sixty (60) days thereafter to oppose any motion that may be filed by Defendants;

5. Defendants shall have thirty (30) days after the filing of lead plaintiff's opposition papers to file their reply; and

- 2 -

ActiveUS 164732404

6.    Nothing herein shall impact any other rights of any party, including Defendants' right to seek transfer of this case.[1]

---

[1] Nearly identical class actions are pending in multiple jurisdictions. Defendants reserve the right to seek the transfer of one or more cases in order to facilitate consolidation.

- 3 -

ActiveUS 164732404

**IT IS SO STIPULATED.**

DATED: September 12, 2017

DEFENDANTS

By their counsel,

Michael G. Bongiorno
Jeremy Adler
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7518
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com
jeremy.adler@wilmerhale.com

Timothy J. Perla (4275178)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
timothy.perla@wilmerhale.com

*Attorneys for Blue Apron Holdings, Inc.,
Matthew B. Salzberg, Ilia M. Papas, Matthew J.
Wadiak, Jared Cluff, Pablo Cussatti, Benjamin C.
Singer, Julie M.B. Bradley, Tracy Britt Cool,
Kenneth A. Fox, Robert P. Goodman, Gary R.
Hirshberg, Brian P. Kelley, and Bradley J.
Dickerson*

Todd G. Cosenza,
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8677
Fax: (212) 728-9677
tcosenza@willkie.com

*Attorney for Goldman Sachs & Co. LLC, Morgan
Stanley & Co. LLC, Citigroup Global Markets
Inc., Barclays Capital Inc., RBC Capital Markets
LLC, SunTrust Robinson Humphrey, Inc, Stifel,
Nicolaus & Company, Incorporated, Canaccord*

- 4 -

*Genuity Inc, Needham & Company, LLC,
Oppenheimer & Co. Inc., Raymond James &
Associates, Inc., and William Blair & Company,
L.L.C., Oppenheimer & Co. Inc., Raymond James
& Associates, Inc., and William Blair &
Company, L.L.C.*

PLAINTIFF

By his counsel,

Eduard Korsinsky
LEVI & KORSINSKY, LLP
30 Broad Street, 24th Fl.
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
ek@zlk.com

SO ORDERED this __19__ day of September —— 2017

s/ Edward R. Korman

Edward R. Korman
United States District Judge

- 5 -

ActiveUS 164732404